UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SAVAS, BRIDGET A | ) | Case No. 06-13123-SPS |
| | ) | |
| Debtor(s). | ) | Hon. SUSAN PIERSON SONDERBY |

**Trustee's Final Report**

To:   The Honorable SUSAN PIERSON SONDERBY
       United States Bankruptcy Judge

NOW COMES PHILIP V. MARTINO, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on October 13, 2006. PHILIP V. MARTINO was appointed Trustee on the October 13, 2006. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of June 27, 2007 is as follows:

   a.   RECEIPTS (See Exhibit C)                     $215,130.63
   b.   DISBURSEMENTS (See Exhibit C)          $164,322.59

CHGO1\31000206.1

|     |     |     |     |            |
| --- | --- | --- | --- | ---------- |
| c.  | NET CASH available for distribution | | | $50,808.04 |
| d.  | TRUSTEE/PROFESSIONAL COSTS: | | | |
|     | 1.  | Trustee compensation requested (See Exhibit E) | | $10,000.00 |
|     | 2.  | Trustee Expenses (See Exhibit E) | | $0.00 |
|     | 3.  | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | | |
|     |     | (a.) | Dla Piper Us Llp *Attorney for Trustee Fees (Trustee Firm)* | $17,021.00 |
|     |     | (b.) | Dla Piper Us Llp *Attorney for Trustee Expenses (Trustee Firm)* | $913.68 |
|     |     | (c.) | Popowcer Katten, Ltd. *Accountant for Trustee Fees (Other Firm)* | $842.00 |

5. The Bar Date for filing unsecured claims expired on February 12, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $28,776.68 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $33,472.70 |

7. Trustee proposes that unsecured creditors receive a distribution of 65.8200% of allowed claims .

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO | $0.00 | $10,000.00 | $0.00 |

*Trustee Compensation*

| | | | |
|---|---|---|---|
| <u>DLA PIPER US LLP</u><br>*Attorney for Trustee* | $0.00 | $17,021.00 | $913.68 |
| <u>POPOWCER KATTEN, LTD.</u><br>*Accountant for Trustee* | $0.00 | $842.00 | $0.00 |

9.    A fee of $0.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE:    June 27, 2007        /s/ Philip V. Martino

<u>PHILIP V. MARTINO, Trustee</u>
203 NORTH LASALLE STREET
SUITE 1800
CHICAGO, IL 60601

## TASKS PERFORMED BY TRUSTEE

Worked with real estate broker to prepare and execute closing documents; reviewed claims and reviewed and executed the federal and state tax returns for this estate; maintained estate's bookkeeping records, and filed the necessary reports with the Office of the U.S. Trustee, including the preparation and filing of this final report.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 06-13123 | SPS | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | SAVAS, BRIDGET A | | | Date Filed (f) or Converted (c): | 10/13/06 (f) |
| | | | | 341(a) Meeting Date: | 11/09/06 |
| For Period Ending: 06/25/07 | | | | Claims Bar Date: | 02/12/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon DA=§554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 416 North Roy Avenue, North Lake | 215,000.00 | 74,000.00 | | 215,000.00 | FA |
| 2. 2005 Chevy Impala | 17,500.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 130.63 | Unknown |
| TOTALS (Excluding Unknown Values) | $ 232,500.00 | $ 74,000.00 | | $ 215,130.63 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 12/31/07

LFORM1                                                                                                                                Ver: 12.01a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-13123 -SPS
Case Name: SAVAS, BRIDGET A
Taxpayer ID No: ******7356
For Period Ending: 06/25/07

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******5864  BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| * 02/27/07 | | Miguel Diaz, Purchaser of residence | | | 215,000.00 | 0.00 | 215,000.00 |
| | | WELLS FARGO | Memo Amount: ( 129,421.50 ) First Mortgage to Wells Fargo | 4110-003 | | | |
| | | MIGUEL A. DIAZ | Memo Amount: 215,000.00 | 1110-003 | | | |
| | | MIGUEL A. DIAZ | Memo Amount: ( 5,000.00 ) Miguel A. Diaz | 8500-003 | | | |
| | | PRORATION | Memo Amount: ( 2,735.72 ) Credit to Miguel A. Diaz per contra Prorations | 2820-003 | | | |
| | | SANDRA HASWELL | Memo Amount: ( 10,945.00 ) Broker's Commissions | 3510-003 | | | |
| | | CITY OF NORTHLAKE | Memo Amount: ( 36.87 ) Northlake Water Bill | 8500-003 | | | |
| | | STATE OF ILLINOIS | Memo Amount: ( 215.00 ) Illinois Transfer Tax | 2820-003 | | | |
| | | COOK COUNTY TREASURER | Memo Amount: ( 107.50 ) Cook County Transfer Taxes | 2820-003 | | | |
| | | BRIDGET A. SAVAS | Memo Amount: ( 15,000.00 ) Debtor's Homestead Exemption | 8100-002 | | | |
| | | TITLE COMPANY | Memo Amount: ( 861.00 ) Title Insurance and Charges | 8500-003 | | | |
| | | PHILIP V. MARTINO AS TRUSTEE FOR TH | Memo Amount: ( 50,677.41 ) Net Proceeds to Trustee | 1210-003 | | | |
| * 02/27/07 | | Miguel Diaz, Purchaser of residence | VOID | 1110-003 | -215,000.00 | | 0.00 |
| | | WELLS FARGO | Memo Amount: 129,421.50 First Mortgage to Wells Fargo | 4110-003 | | | |
| | | MIGUEL A. DIAZ | Memo Amount: 215,000.00 Miguel A. Dia ) | 1110-003 | | | |
| | | MIGUEL A. DIAZ | Memo Amount: 5,000.00 | 8500-003 | | | |

Page Subtotals  0.00  0.00

Page: 1

LFORM24                                                                                    Ver: 12.01a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 06-13123 -SPS | | Trustee Name: | | |
| Case Name: | SAVAS, BRIDGET A | | Bank Name: | PHILIP V. MARTINO | |
| | | | | BANK OF AMERICA, N.A. | |
| Taxpayer ID No: | ******7356 | | Account Number / CD #: | ******5864 BofA - Money Market Account | |
| For Period Ending: | 06/25/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/07 | 1 | PRORATION | Credit to Miguel A. Diaz per contra | | | | |
| | | | Memo Amount:    2,735.72 | 2820-003 | | | |
| | | | Prorations | | | | |
| | | SANDRA HASWELL | Memo Amount:    10,945.00 | 3510-003 | | | |
| | | | Broker's Commissions | | | | |
| | | CITY OF NORTHLAKE | Memo Amount:    36.87 | 8500-003 | | | |
| | | | Northlake Water Bill | | | | |
| | | STATE OF ILLINOIS | Memo Amount:    215.00 | 2820-003 | | | |
| | | | Illinois Transfer Tax | | | | |
| | | COOK COUNTY TREASURER | Memo Amount:    107.50 | 2820-003 | | | |
| | | | Cook County Transfer Taxes | | | | |
| | | BRIDGET A. SAVAS | Memo Amount:    15,000.00 | 8100-002 | | | |
| | | | Debtor's Homestead Exemption | | | | |
| | | TITLE COMPANY | Memo Amount:    861.00 | 8500-003 | | | |
| | | | Title Insurance and Charges | | | | |
| | | PHILIP V. MARTINO AS TRUSTEE FOR TH | Memo Amount:    50,677.41 | 1210-003 | | | |
| | | | Net Proceeds to Trustee | | | | |
| | | Miguel Diaz, Purchaser of Residence | Memo Amount:    215,000.00 | 1110-000 | 50,677.41 | | 50,677.41 |
| | | MIGUEL A. DIAZ | Sale of Residence | | | | |
| | | | Memo Amount:    ( 129,421.50 ) | 4110-000 | | | |
| | | WELLS FARGO | First Mortgage to Wells Fargo | | | | |
| | | MIGUEL A. DIAZ | Memo Amount:    ( 5,000.00 ) | 8500-000 | | | |
| | | | Credit to Miguel A. Diaz per contra | | | | |
| | | REAL ESTATE TAXES AND UTILITIES | Memo Amount:    ( 2,735.72 ) | 2820-000 | | | |
| | | | Prorations | | | | |
| | | SANDRA HASWELL | Memo Amount:    ( 10,945.00 ) | 3510-000 | | | |
| | | | Real Estate Broker's Fee | | | | |
| | | CITY OF NORTHLAKE | Memo Amount:    ( 36.87 ) | 8500-000 | | | |
| | | | Northlake Water Bill | | | | |

Page Subtotals    50,677.41    0.00

LFORM24    Ver: 12.01a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-13123 -SPS
Case Name: SAVAS, BRIDGET A
Taxpayer ID No: *******7356
For Period Ending: 06/25/07

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5864  BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | STATE OF ILLINOIS | Memo Amount: ( 215.00 ) Illinois Transfer Tax | | 2820-000 | | | |
| | | COOK COUNTY TREASURER | Memo Amount: ( 107.50 ) Cook County Transfer Tax | | 2820-000 | | | |
| | | BRIDGET A. SAVAS | Memo Amount: ( 15,000.00 ) Debtor's Homestead Exemption | | 8100-002 | | | |
| | | TITLE COMPANY | Memo Amount: ( 861.00 ) Title Insurance and Charges | | 8500-000 | | | |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | | 1270-000 | 2.78 | | 50,680.17 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | | 1270-000 | 43.03 | | 50,723.22 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | | 1270-000 | 41.70 | | 50,764.92 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | | 1270-000 | 43.12 | | 50,808.04 |

Memo Allocation Receipts: 215,000.00
Memo Allocation Disbursements: 164,322.59

Memo Allocation Net: 50,677.41

COLUMN TOTALS                                    50,808.04        0.00        50,808.04
    Less: Bank Transfers/CD's                        0.00        0.00
Subtotal                                         50,808.04        0.00
    Less: Payments to Debtors                                    0.00
Net                                              50,808.04        0.00

                                              NET DEPOSITS    NET DISBURSEMENTS    ACCOUNT BALANCE
TOTAL - ALL ACCOUNTS
BofA - Money Market Account - *******5864        50,808.04        0.00        50,808.04
                                              (Excludes Account Transfers)  (Excludes Payments To Debtors)   Total Funds On Hand

Total Allocation Receipts: 215,000.00
Total Allocation Disbursements: 164,322.59
Total Memo Allocation Net: 50,677.41

Page Subtotals    130.63    0.00

LFORM24                                                                                       Ver: 12.01a

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 06-13123 -SPS | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | SAVAS, BRIDGET A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | ******5864 BofA - Money Market Account |
| Taxpayer ID No: | *******7356 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 06/25/07 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals  0.00  0.00

Ver: 12.01a
LFORM24

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 06 B 13123 |
| BRIDGET A. SAVAS, | ) | Judge Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | |

## REPORT OF SALE – 416 NORTH ROY, NORTHLAKE ILLINOIS

Trustee, Philip V. Martino, reports that on or about February 27, 2007, he closed on the sale of Debtor's interest in and to 416 North Roy, Northlake, Illinois to Miguel A. Diaz for $215,000.00. This sale was made pursuant to Court Order entered February 20, 2007. From the closing proceeds, the following payments were made:

| | |
|---|---|
| Payoff to Wells Fargo (1st Mortgage | $129,421.50 |
| Credit to Buyer (per acontract) | $5,000.00 |
| Prorations | $2,735.72 |
| Brokers' Commissions | $10,945.00 |
| Northlake Water Bill | $36.87 |
| Illinois Transfer Taxes | $215.00 |
| Cook County Transfer Taxes | $107.50 |
| Debtor's Homestead Exemption | $15,000.00 |
| Title Insurance and Charges | $861.00 |
| **Net Proceeds to Estate:** | $50,677.41 |

PHILIP V. MARTINO, TRUSTEE

Philip V. Martino (ARDC #06183648)      By:   /s/ Philip V. Martino
philip.martino@dlapiper.com                          One of his attorneys
Colleen E. McManus (ARDC #06243473)
colleen.mcmanus@dlapiper.com
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293
(312) 368-4000

CHGO1\30906561.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SAVAS, BRIDGET A | ) | Case No. 06-13123-SPS |
| | ) | |
| Debtor(s). | ) | Hon. SUSAN PIERSON SONDERBY |

**PROPOSED DISTRIBUTION REPORT**

I, PHILIP V. MARTINO, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $28,776.68 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $22,031.36 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $50,808.04 |

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $28,776.68 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Philip V. Martino  Trustee Compensation | $10,000.00 | $10,000.00 |
| | Dla Piper Us Llp  Attorney for Trustee Fees | $17,021.00 | $17,021.00 |
| | Dla Piper Us Llp  Attorney for Trustee Expenses | $913.68 | $913.68 |
| | Popowcer Katten, Ltd.  Accountant for Trustee Fees | $842.00 | $842.00 |
| | **CLASS TOTALS** | **$28,776.68** | **$28,776.68** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 33,472.70 | 65.82 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Capital One Bank General Unsecured 726 | $930.50 | $612.44 |
| 000004 | Citibank (South Dakota). N.A. General Unsecured 726 | $1,028.69 | $677.07 |
| 000005 | Citibank South Dakota Na General Unsecured 726 | $996.73 | $656.04 |
| 000002 | Discover Bank General Unsecured 726 | $6,974.50 | $4,590.54 |
| 000003 | Ge Money Bank General Unsecured 726 | $533.23 | $350.97 |
| 000007 | Household Finance Corporation/Benef General Unsecured 726 | $11,005.03 | $7,243.39 |
| 000008 | LVNV Funding LLC Its Successors General Unsecured 726 | $4,791.69 | $3,153.83 |
| 000006 | Target National Bank Target Visa General Unsecured 726 | $7,212.33 | $4,747.08 |
| | **CLASS TOTALS** | **$33,472.70** | **$22,031.36** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____          _____