UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SAVAS, BRIDGET A | ) | Case No. 06-13123-SPS |
| | ) | |
| Debtor(s). | ) | Hon. SUSAN PIERSON SONDERBY |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: **U.S. BANKRUPTCY COURT, 219 SOUTH DEARBORN, COURTROOM 642, CHICAGO, IL 60604**

    On: **OCTOBER 2, 2007**     Time: **10:30 A.M.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    Receipts                                                     $215,130.63

    Disbursements                                                $164,322.59

    Net Cash Available for Distribution                           $50,808.04

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO *Trustee Compensation* | $0.00 | $10,000.00 | $0.00 |

| | | | |
|---|---|---|---|
| DLA PIPER US LLP<br>*Attorney for Trustee* | $0.00 | $17,021.00 | $913.68 |
| POPOWCER KATTEN, LTD.<br>*Accountant for Trustee* | $0.00 | $842.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $33,472.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 65.8200% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Capital One Bank | $930.50 | $612.44 |
| 000002 | Discover Bank&Nbsp &Nbsp <A Href=" | $6,974.50 | $4,590.54 |
| 000003 | Ge Money Bank&Nbsp &Nbsp <A Href=" | $533.23 | $350.97 |
| 000004 | Citibank (South Dakota). N.A. | $1,028.69 | $677.07 |
| 000005 | Citibank South Dakota Na&Nbsp &Nbsp | $996.73 | $656.04 |
| 000006 | Target National Bank Target Visa&Nb | $7,212.33 | $4,747.08 |
| 000007 | Household Finance Corporation/Benef | $11,005.03 | $7,243.39 |
| 000008 | Lvnv Funding Llc Its Successors And | $4,791.69 | $3,153.83 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **AUGUST 21, 2007**　　　　　　　　　　　　For the Court,

　　　　　　　　　　　　　　　　　　　　　　　By:  **KENNETH S. GARDNER**
　　　　　　　　　　　　　　　　　　　　　　　　　　 CLERK OF THE COURT

Trustee:　　Philip V. Martino
Address:　　203 North Lasalle Street
　　　　　　　Suite 1800
　　　　　　　Chicago, IL  60601
Phone No.:　(312) 368-2165

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 06-13123   Doc 58   Filed 08/21/07   Entered 08/24/07 00:01:31   Desc Imaged
Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: sward              Page 1 of 2           Date Rcvd: Aug 21, 2007
Case: 06-13123                Form ID: pdf002          Total Served: 35

The following entities were served by first class mail on Aug 23, 2007.
db           +Bridget A. Savas,    416 N. Roy Avenue,    North Lake, IL 60164-1758
aty          +Ann E Pille,    DLA Piper US LLP,    203 North LaSalle Street,   Suite 1900,
               Chicago, Il 60601-1263
aty          +Colleen E McManus,    DLA Piper US LLP,    203 N LaSalle Street,   Suite 1900,
               Chicago, IL 60601-1263
aty          +Eric E Walker,    DLA Piper US LLP,    203 N LaSalle Street Suite 1900,   Chicago, IL 60601-1263
aty          +Gloria C Tsotsos,    Codilis & Associates PC,    15W030 North Frontage Rd Suite 100,
               Burr Ridge, IL 60527-6921
aty          +Patience R Clark,    Brookins & Wilson,    100 N. LaSalle Street,   Suite  1710,
               Chicago, IL 60602-2407
aty          +Philip V Martino, ESQ,    DLA Piper US LLP,    203 N Lasalle Street,   Suite 1900,
               Chicago, IL 60601-1263
aty          +Thaddeus L Wilson,    Brookins & Wilson,    100 North LaSalle Street,   Suite 1710,
               Chicago, IL 60602-2407
tr           +Philip V Martino, ESQ,    DLA Piper Rudnick Gray Cary US LLP,    203 N Lasalle St Ste 1800,
               Chicago, IL 60601-1264
cr           +Washington Mutual Bank,    c/o Codilis and Associates, P.C.,    15W030 North Frontage Road,
               Suite 100,    Burr Ridge, IL 60527-6921
10987178     +Barclays Bank Delaware,    1007 N Orange Street,    Wilmington, DE 19801-1239
10987179     +Capital One Bank,    11013 W Broad Street,    Glen Allen, VA 23060-5937
10978820     +Capital One Bank,    c/o Tsys Debt Mgmt.,    PO Box 5155,   Norcross, GA 30091-5155
10987180     +Children's Place,    P O Box 9714,    Gray, TN 37615-9714
10987184     +Citi USA Sears,    P O Box 20363,    Kansas City, MO 64195-0363
10987182     +Citibank,    P O Box 6241,    Sioux Falls, SD 57117-6241
11026938     +Citibank (South Dakota). N.A.,    DBA: CHILDRENS PLACE,    PO Box 9025,
               Des Moines, IA 50368-9025
11100454      Citibank South Dakota NA,    Citibank Choice,    Exception Payment Processing,   P.O.  Box 6305,
               The Lakes, NV  88901-6305
10987181     +Citifinancial Services,    P O Box 624,    Marlton, NJ 08053-0624
11022292     +GE Money Bank,    DBA GAP,    Recovery Management Systems Corporation,    25 SE 2nd Ave Ste 1120,
               Miami FL 33131-1605
10987183     +GEMB Gap,    P O Box 981400,    El Paso, TX 79998-1400
10964647     +HOUSEHOLD FINANCE,    eCAST Settlement Corporation,    P O Box 35480,   Newark, NJ 07193-5480
10964648     +HSBC AUTO FINANCE,    P.O. BOX 17548,    BALTIMORE, MD 21297-1548
11158938      Household Finance Corporation/Beneficial,    by eCAST Settlement Corporation,   as its agent,
               POB 35480,    Newark NJ 07193-5480
10964649     +TARGET,    P.O. BOX 9475,    MINNEAPOLIS, MN 55440-9475
11145019     +Target National Bank Target Visa,    c/o Weinstein & Riley, P.S.,    2101 Fourth Ave., Suite 900,
               Seattle, WA 98121-2339
10964650     +WASHINGTON MUTUAL,    C/O CODILIS AND ASSOCIATES,    15W030 NORTH FRONTAGE ROAD,   SUITE 100,
               BURR RIDGE, IL 60527-6921
10964651     +WASHINGTON MUTUAL PROVIDIAN,    P.O. BOX 9180,    PLEASONTON, CA 94566-9180
10987185     +WFFNB Dress Barn,    P O Box 182273,    Columbus, OH 43218-2273
10987188     +WFNNB Harlem,    P O Box 182273,    Columbus, OH 43218-2273
10987186     +WFNNB New York and Company,    220 W Schrock Road,    Westerville, OH 43081-2873
10987187     +WFNNB Victoria Secret,    P O Box 182128,    Columbus, OH 43218-2128
The following entities were served by electronic transmission on Aug 22, 2007.
11020766     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 22 2007 03:15:18      DISCOVER BANK,
               DISCOVER FINANCIAL SERVICES,    PO BOX 3025,    NEW ALBANY OHIO 43054-3025
10964646      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 22 2007 03:15:18      DISCOVER FINANCIAL,
               P.O. BOX 15316,    WILMINGTON, DE 19850
11166835      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc           Lois West
r             Sandra L Haswell
                                                                                             TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: sward              Page 2 of 2              Date Rcvd: Aug 21, 2007
Case: 06-13123                Form ID: pdf002          Total Served: 35

                   ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 23, 2007**                    **Signature:**    _Joseph Speetjens_