UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 CASE |
| SAVAS, BRIDGET A ) | |
| ) | CASE NO. 06-13123-SPS |
| ) | |
| ) | |
| Debtor(s). ) | Hon. SUSAN PIERSON SONDERBY |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

To: THE HONORABLE SUSAN PIERSON SONDERBY
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit "B". Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

| | |
|---|---|
| 11/15/07 | /s/ Philip V. Martino |
| DATE | TRUSTEE |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SAVAS, BRIDGET A | ) | Case No. 06-13123-SPS |
| | ) | |
| Debtor(s). | ) | Hon. SUSAN PIERSON SONDERBY |

DISTRIBUTION REPORT

I, PHILIP V. MARTINO, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $28,776.68 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $22,188.84 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $50,965.52 |

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $28,776.68 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Philip V. Martino Trustee Compensation | $10,000.00 | $10,000.00 |
| | Dla Piper Us Llp Attorney for Trustee Fees | $17,021.00 | $17,021.00 |
| | Dla Piper Us Llp Attorney for Trustee Expenses | $913.68 | $913.68 |
| | Popowcer Katten, Ltd. Accountant for Trustee Fees | $842.00 | $842.00 |
| | **CLASS TOTALS** | **$28,776.68** | **$28,776.68** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 33,472.70 | 66.29 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Capital One Bank General Unsecured 726 | $930.50 | $616.82 |
| 000004 | Citibank (South Dakota). N.A. General Unsecured 726 | $1,028.69 | $681.92 |
| 000005 | Citibank South Dakota Na&Nbsp &Nbsp General Unsecured 726 | $996.73 | $660.73 |
| 000002 | Discover Bank&Nbsp &Nbsp <A Href=" General Unsecured 726 | $6,974.50 | $4,623.35 |
| 000003 | Ge Money Bank&Nbsp &Nbsp <A Href=" General Unsecured 726 | $533.23 | $353.47 |
| 000007 | Household Finance Corporation/Benef General Unsecured 726 | $11,005.03 | $7,295.16 |
| 000008 | Lvnv Funding Llc Its Successors And General Unsecured 726 | $4,791.69 | $3,176.38 |
| 000006 | Roundup Funding Llc General Unsecured 726 | $7,212.33 | $4,781.01 |
| | **CLASS TOTALS** | **$33,472.70** | **$22,188.84** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 09/28/07                             /s/ Philip V. Martino
                                            Philip V. Martino, Trustee

CHGO1\31102580.1                    5

06-13123:50.1:Application for Compensation:Proposed Order Entered: 8/17/2007 9:50:15 AM by:Philip Martino Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SAVAS, BRIDGET A | ) | Case No. 06-13123-SPS |
| | ) | |
| Debtor(s). | ) | Hon. SUSAN PIERSON SONDERBY |

Order Awarding Compensation And Expenses

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation         $10,000.00
2. Trustee's expenses             $0.00

            TOTAL                 $10,000.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
                UNITED STATES BANKRUPTCY JUDGE

OCT 0 2 2007

CHGO1\31000206.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                )    Chapter 7
                                      )    Case No. 06-13123
BRIDGET A. SAVAS,                     )
                                      )    Hon. Susan Pierson Sonderby
          Debtor,                     )

Order Awarding Compensation And Expenses

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the request for compensation and expenses is allowed as follows;

POPOWCER KATTEN LTD.
*Accountant for Trustee*
a.   Compensation                          $842.00
b.   Expenses                              $0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
          UNITED STATES BANKRUPTCY JUDGE

OCT 0 2 2007

CH00131000116.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) Chapter 7
) Case No. 06-13123
BRIDGET A. SAVAS, )
) Hon. Susan Pierson Sonderby
Debtor, )

ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF
COSTS INCURRED IN CONNECTION WITH
THE FIRST AND FINAL APPLICATION FOR ALLOWANCE
OF COMPENSATION OF DLA PIPER US LLP,
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF BRIDGET A. SAVAS

This cause coming to be heard on the First and Final Fee Application of DLA Piper US LLP as Attorneys for Philip V. Martino, Trustee for the Bankruptcy Estate of Bridget A. Savas (the "Application"); due notice having been given; the Court having heard the statements of counsel present; and the Court being fully advised in the premises; ~~the Court hereby enters the following FINDINGS:~~

~~1. That in the Application, DLA Piper US LLP sought the allowance of $17,021.00 for 50.10 hours of actual, necessary and valuable professional services rendered to the Trustee from November 11, 2006 through the end of this bankruptcy; AND~~

~~2. That in the Application, DLA Piper US LLP sought reimbursement of necessary costs incurred in the amount of $913.68;~~

NOW, THEREFORE, IT IS HEREBY ORDERED:

A. That the Court allows $ 17,021.— as compensation to DLA Piper US LLP for actual, necessary and valuable professional services rendered to the Trustee from ~~July~~ Nov. 11, 2006 through the end of this bankruptcy; and

CHGO1\30999638.1

B.  That the Court allows $ __912.68__ as reimbursement to DLA Piper US LLP for necessary costs incurred; and

C.  That this matter is a core proceeding.

Dated: __OCT 0 2 2007__

ENTERED:

_____
Honorable Susan Pierson Sonderby

Page: 1

Ver: 12.50

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:    06-13123    SPS    Judge: SUSAN PIERSON SONDERBY
Case Name:  SAVAS, BRIDGET A

Trustee Name:                           PHILIP V. MARTINO
Date Filed (f) or Converted (c):        10/13/06 (f)
341(a) Meeting Date:                    11/09/06
Claims Bar Date:                        02/12/07

For Period Ending: 11/15/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 416 North Roy Avenue, North Lake | 215,000.00 | 74,000.00 | | 215,000.00 | FA |
| 2. 2005 Chevy Impala | 17,500.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 288.11 | Unknown |
| TOTALS (Excluding Unknown Values) | $ 232,500.00 | $ 74,000.00 | | $ 215,288.11 | |

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 12/31/07

LFORM1

Page: 1

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:          06-13123 -SPS
Case Name:        SAVAS, BRIDGET A
Taxpayer ID No:   *******7356
For Period Ending: 11/15/07

Trustee Name:   PHILIP V. MARTINO
Bank Name:      BANK OF AMERICA, N.A.
Account Number / CD #: *******5864 BofA - Money Market Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| * 02/27/07 |  | Miguel Diaz, Purchaser of residence |  | 1110-003 | 215,000.00 |  | 215,000.00 |
|  |  | WELLS FARGO | Memo Amount: ( 129,421.50 ) First Mortgage to Wells Fargo | 4110-003 |  |  |  |
|  |  | MIGUEL A. DIAZ | Memo Amount: 215,000.00 Miguel A. Diaz | 1110-003 |  |  |  |
|  |  | MIGUEL A. DIAZ | Memo Amount: ( 5,000.00 ) Credit to Miguel A. Diaz per contra | 8500-003 |  |  |  |
|  |  | PRORATION | Memo Amount: ( 2,735.72 ) Prorations | 2820-003 |  |  |  |
|  |  | SANDRA HASWELL | Memo Amount: ( 10,945.00 ) Broker's Commissions | 3510-003 |  |  |  |
|  |  | CITY OF NORTHLAKE | Memo Amount: ( 36.87 ) Northlake Water Bill | 8500-003 |  |  |  |
|  |  | STATE OF ILLINOIS | Memo Amount: ( 215.00 ) Illinois Transfer Tax | 2820-003 |  |  |  |
|  |  | COOK COUNTY TREASURER | Memo Amount: ( 107.50 ) Cook County Transfer Taxes | 2820-003 |  |  |  |
|  |  | BRIDGET A. SAVAS | Memo Amount: ( 15,000.00 ) Debtor's Homestead Exemption | 8100-002 |  |  |  |
|  |  | TITLE COMPANY | Memo Amount: ( 861.00 ) Title Insurance and Charges | 8500-003 |  |  |  |
|  |  | PHILIP V. MARTINO AS TRUSTEE FOR TH | Memo Amount: ( 50,677.41 ) Net Proceeds to Trustee | 1210-003 |  |  |  |
| * 02/27/07 |  | Miguel Diaz, Purchaser of residence | VOID | 1110-003 | -215,000.00 |  | 0.00 |
|  |  | WELLS FARGO | Memo Amount: 129,421.50 First Mortgage to Wells Fargo | 4110-003 |  |  |  |
|  |  | MIGUEL A. DIAZ | Memo Amount: 215,000.00 Miguel A. Dia ) | 1110-003 |  |  |  |
|  |  | MIGUEL A. DIAZ | Memo Amount: 5,000.00 | 8500-003 |  |  |  |

Page Subtotals    0.00    0.00

Ver: 12.50

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-13123 -SPS
Case Name: SAVAS, BRIDGET A
Taxpayer ID No: *******7356
For Period Ending: 11/15/07

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5864 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | PRORATION | Credit to Miguel A. Diaz per contra Memo Amount: 2,735.72 Prorations | 2820-003 | | | |
| | | SANDRA HASWELL | Memo Amount: 10,945.00 Broker's Commissions | 3510-003 | | | |
| | | CITY OF NORTHLAKE | Memo Amount: 36.87 Northlake Water Bill | 8500-003 | | | |
| | | STATE OF ILLINOIS | Memo Amount: 215.00 Illinois Transfer Tax | 2820-003 | | | |
| | | COOK COUNTY TREASURER | Memo Amount: 107.50 Cook County Transfer Taxes | 2820-003 | | | |
| | | BRIDGET A. SAVAS | Memo Amount: 15,000.00 Debtor's Homestead Exemption | 8100-002 | | | |
| | | TITLE COMPANY | Memo Amount: 861.00 Title Insurance and Charges | 8500-003 | | | |
| | | PHILIP V. MARTINO AS TRUSTEE FOR TH | Memo Amount: 50,677.41 Net Proceeds to Trustee | 1210-003 | | | |
| 02/27/07 | 1 | Miguel Diaz, Purchaser of Residence | | | 50,677.41 | | 50,677.41 |
| | | MIGUEL A. DIAZ | Memo Amount: 215,000.00 Sale of Residence | 1110-000 | | | |
| | | WELLS FARGO | Memo Amount: ( 129,421.50 ) First Mortgage to Wells Fargo | 4110-000 | | | |
| | | MIGUEL A. DIAZ | Memo Amount: ( 5,000.00 ) Credit to Miguel A. Diaz per contra | 8500-000 | | | |
| | | REAL ESTATE TAXES AND UTILITIES | Memo Amount: ( 2,735.72 ) Prorations | 2820-000 | | | |
| | | SANDRA HASWELL | Memo Amount: 10,945.00 Real Estate Broker's Fee | 3510-000 | | | |
| | | CITY OF NORTHLAKE | Memo Amount: ( 36.87 ) Northlake Water Bill | 8500-000 | | | |
| | | | | Page Subtotals | 50,677.41 | 0.00 | |

Ver: 12.50
LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 06-13123 -SPS | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | SAVAS, BRIDGET A | | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******7356 | | Account Number / CD #: | *******5864  BofA - Money Market Account |
| For Period Ending: | 11/15/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | STATE OF ILLINOIS | Memo Amount: ( 215.00 ) Illinois Transfer Tax | 2820-000 | | | |
| | | COOK COUNTY TREASURER | Memo Amount: ( 107.50 ) Cook County Transfer Tax | 2820-000 | | | |
| | | BRIDGET A. SAVAS | Memo Amount: ( 15,000.00 ) Debtor's Homestead Exemption | 8100-002 | | | |
| | | TITLE COMPANY | Memo Amount: ( 861.00 ) Title Insurance and Charges | 8500-000 | | | |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.78 | | 50,680.19 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 43.03 | | 50,723.22 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.70 | | 50,764.92 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 43.12 | | 50,808.04 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.76 | | 50,849.80 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 43.19 | | 50,892.99 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 43.22 | | 50,936.21 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 29.31 | | 50,965.52 |
| 09/28/07 | | Transfer to Acct #*******5932 | Final Posting Transfer | 9999-000 | | 50,965.52 | 0.00 |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 215,000.00 | COLUMN TOTALS | 50,965.52    50,965.52 |
| Memo Allocation Disbursements: | 164,322.59 | Less: Bank Transfers/CD's | 0.00    50,965.52 |
| | | Subtotal | 50,965.52    0.00 |
| Memo Allocation Net: | 50,677.41 | Less: Payments to Debtors | 0.00 |
| | | Net | 50,965.52    0.00 |

Page Subtotals    288.11    50,965.52

LFORM24                                                                                                     Ver: 12.50

Page: 4

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-13123 -SPS
Case Name: SAVAS, BRIDGET A

Taxpayer ID No: *******7356
For Period Ending: 11/15/07

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5932  BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/07 | | Transfer from Acct #*******5864 | Transfer In From MMA Account | 9999-000 | 50,965.52 | | 50,965.52 |
| 10/03/07 | 003001 | PHILIP V. MARTINO<br>203 NORTH LASALLE STREET<br>SUITE 1800<br>CHICAGO, IL 60601 | Chapter 7 Compensation/Fees | 2100-000 | | 10,000.00 | 40,965.52 |
| 10/03/07 | 003002 | DLA Piper US LLP | Fees          17,021.00 | 3110-000 | | 17,934.68 | 23,030.84 |
| | | | Expenses        913.68 | 3120-000 | | | 23,030.84 |
| | | | | 3410-000 | | | 23,030.84 |
| 10/03/07 | 003003 | Popowcer Katten, Ltd. | Claim 000001, Payment 66.28909% | 7100-000 | | 842.00 | 22,188.84 |
| 10/03/07 | 003004 | Capital One Bank<br>c/o Tsys Debt Mgmt.<br>PO Box 5155<br>Norcross, GA. 30091 | Claim 000002, Payment 66.28934% | 7100-000 | | 616.82 | 21,572.02 |
| 10/03/07 | 003005 | DISCOVER BANK<br>DISCOVER FINANCIAL SERVICES<br>PO BOX 3025<br>NEW ALBANY OHIO 43054 | Claim 000003, Payment 66.28847% | 7100-000 | | 4,623.35 | 16,948.67 |
| 10/03/07 | 003006 | GE Money Bank<br>DBA GAP<br>Recovery Management Systems Corporation<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000004, Payment 66.29014% | 7100-000 | | 353.47 | 16,595.20 |
| 10/03/07 | 003007 | Citibank (South Dakota). N.A.<br>DBA: CHILDRENS PLACE<br>PO Box 9025<br>Des Moines, IA 50368 | Claim 000005, Payment 66.28977% | 7100-000 | | 681.92 | 15,913.28 |
| 10/03/07 | 003008 | Citibank South Dakota NA<br>Citibank Choice<br>Exception Payment Processing | | 7100-000 | | 660.73 | 15,252.55 |

Page Subtotals  50,965.52  35,712.97

Ver: 12.50
LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

| Case No: | 06-13123 -SPS | | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | SAVAS, BRIDGET A | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******5932 BofA - Checking Account |
| Taxpayer ID No: | *******7356 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 11/15/07 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/03/07 | 003009 | Roundup Funding LLC<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Claim 000006, Payment 66.28940% | 7100-000 | | 4,781.01 | 10,471.54 |
| 10/03/07 | 003010 | Household Finance Corporation/Beneficial<br>by eCAST Settlement Corporation<br>as its agent<br>P.O. Box 91121 MS 550<br>Seattle, WA 98111-9221<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000007, Payment 66.28932% | 7100-000 | | 7,295.16 | 3,176.38 |
| 10/03/07 | 003011 | LVNV Funding LLC its successors and assigns as assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000008, Payment 66.28935% | 7100-000 | | 3,176.38 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | COLUMN TOTALS | 50,965.52 | 50,965.52 |
| | Less: Bank Transfers/CD's | 50,965.52 | 0.00 |
| | Subtotal | 0.00 | 50,965.52 |
| | Less: Payments to Debtors | 0.00 | 0.00 |
| | Net | 0.00 | 50,965.52 |

| | | NET DEPOSITS | NET DISBURSEMENTS |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | |
| Memo Allocation Disbursements: | 0.00 | | |
| Memo Allocation Net: | 0.00 | | |
| | | | |
| | TOTAL - ALL ACCOUNTS | | |
| Total Allocation Receipts: | 215,000.00 | BofA - Money Market Account - ********5864 | 50,965.52 0.00 |
| Total Allocation Disbursements: | 164,322.59 | BofA - Checking Account - ********5932 | 50,965.52 |
| Total Memo Allocation Net: | 50,677.41 | | |

| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) |
|---|---|---|---|

| | | ACCOUNT BALANCES | |
|---|---|---|---|
| Page Subtotals | | 0.00 | 15,252.55 |

Total Funds On Hand

LFORM24        Ver: 12.50

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

| Case No: | 06-13123 -SPS | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | SAVAS, BRIDGET A | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5932 BofA - Checking Account |
| Taxpayer ID No: | *******7356 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 11/15/07 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BofA - Money Market Account - ********5864 | | | | |
| | | | BofA - Checking Account - ********5932 | | | | |

| | | Page Subtotals | 0.00 | 0.00 |
| --- | --- | --- | --- | --- |

LFORM24

Ver: 12.50